The People of the State of Illinois for use of Atlas Copper & Brass Manufacturing Company, appellant, v. Bernard Snow, bailiff of the municipal court of Chicago and Maryland Casualty Company, appellees. Gen. No. 33,867.

# 610

 Opin-
ion filed March 11, 1930. Rehearing denied March 24, 1930.
William R. Wiley, for appellant. Frank H. Repetto, for appellees.
Mr. Justice Gridley delivered the opinion of the court.